```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                              APR 17 2012

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY              DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR08-211-ABC |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | 18 U.S.C. § 3143(a) |
| ) | · Allegations of Violations of |
| Evelyn Amparo Lopez ) | Probation/Supervised Release |
| ) | Conditions) |
| Defendant. ) | |

  On arrest warrant issued by the United States District Court for the **Central District of California** involving alleged violations of conditions of probation/supervised release:

  1.  The court finds that no condition or combination of conditions will reasonably assure:

      A.  (X) the appearance of defendant as required; and/or

      B.  (X) the safety of any person or the community.

///
///
///
///
///
///

1    2.   The Court concludes:

2         A.   (X) Defendant has failed to demonstrate by clear and
3              convincing evidence that he is not likely to pose
4              a risk to the safety of any other persons or the
5              community. Defendant poses a risk to the safety
6              of other persons or the community based on:
7              allegations that she committed
8              forgery and burglary/ID theft
9              while on supervised
10             release

12        B.   (X) Defendant has failed to demonstrate by clear and
13             convincing evidence that he is not likely to flee
14             if released. Defendant poses a flight risk based
15             on: violations of supervised
16             release; no bail resources;
17             failure to report to probation

21   IT IS ORDERED that defendant be detained.

23   DATED: 4/19/12

                                          _____
                                          United States Magistrate Judge

2